

# Mars Khaimov Law, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2023

**VIA ECF**
Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 18, 2023

Re: 1:23-cv-05321-AT Toro v. Rustic Cuff, LLC

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Torres,

    Plaintiff's counsel submits this letter-motion to seek an extension of the Case Management Plan and Scheduling Order submission deadline, currently scheduled for August 21, 2023. A representative of the company, not an attorney, has been in communication and the parties are hoping to reach settlement agreement. As such, Defendants cannot currently appear in this case as it is pro se. Plaintiff requests a 60 day adjournment for Defendant to properly appear and proposes to reschedule the conference for October 23rd, 2023, or a date convenient to the Court. This is the first time relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
Attorney for Plaintiff

GRANTED. By **October 19, 2023**, the parties shall file their proposed case management plan and scheduling order.

SO ORDERED.

Dated: August 18, 2023
      New York, New York

ANALISA TORRES
United States District Judge