UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/2024
```

JASMINE TORO, on behalf of herself and all
others similarly situated,

                            Plaintiff,

            -against-                                          23 Civ. 5321 (AT)

RUSTIC CUFF, LLC,                                             **ORDER**

                            Defendant.

ANALISA TORRES, District Judge:

On December 30, 2023, Plaintiff filed a proposed clerk's certificate of default and an affirmation in support. ECF Nos. 12–13. The Clerk of Court issued a certificate of default on January 2, 2024. ECF No. 14.

By **April 1, 2024**, Plaintiff shall either move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: February 12, 2024
        New York, New York

                            _____
                            ANALISA TORRES
                            United States District Judge