```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all others similarly situated,

                              Plaintiff,

     -against-

RUSTIC CUFF, LLC,

                             Defendant.

23 Civ. 5321 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     On February 12, 2024, the Court directed Plaintiff to move for a default judgment by **April 1, 2024**. ECF No. 15. That submission is now overdue. Accordingly, by **April 23, 2024**, Plaintiff shall either move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases, or otherwise inform the Court as to her intentions as to the prosecution of this action.

     SO ORDERED.

Dated: April 2, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge